**PRISONER CASE** *CJT3*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | CHARLES SMITH | **Defendant(s):** | COOK COUNTY JAIL, et al. |
| **County of Residence:** | JOHNSON | **County of Residence:** | |
| **Plaintiff's Address:** | | **Defendant's Attorney:** | |

Charles Smith
R-59154
Vandalia - VAN
P.O. Box 500
Vandalia, IL 62471

FILED
MAY 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☐ Yes  ☑ No

**08CV3071**
**JUDGE ANDERSEN**
**MAG. JUDGE MASON**

**Signature:** A. E. Woodham   **Date:** 05/28/2008