Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | WAYNE R. ANDERSEN | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 3071 | DATE | July 25, 2008 |
| CASE TITLE | Charles Smith (#R-59154) vs. Cook County Jail, et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiff is granted thirty days in which either to file a complete *in forma pauperis* application on the enclosed form with the information required by 28 U.S.C. § 1915(a)(2) or pay the full $350 filing fee. The Clerk is directed to send Plaintiff an i.f.p. application along with a copy of this order. Failure of Plaintiff to comply within thirty days of the date of this order will result in summary dismissal of this case.

■ [For further details see text below.]

Docketing to mail notices.

## STATEMENT

Plaintiff, currently a state prisoner, has brought this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff appears to claim that a strip search and x-ray examination at the Cook County Jail in May 2003 violated his constitutional rights.

On June 17, 2008, the Court granted Plaintiff thirty days to either to file an *in forma pauperis* application on the enclosed form with the information required by 28 U.S.C. § 1915(a)(2) or pay the full $350 filing fee because Plaintiff had failed either to pay the statutory filing fee or to file a petition for leave to proceed *in forma pauperis*. On July 7, 2008, Plaintiff filed only the third page of an *in forma pauperis* application. Because Plaintiff did not file a complete *in forma pauperis* application, the Court cannot make necessary assessment of the initial partial filing fee. Therefore, if Plaintiff wishes to proceed with this case by making installment payments instead of paying the full filing fee in advance, he must file a complete *in forma pauperis* application on the form required by the rules of this court, together with a certified copy or copies of his trust fund statements reflecting all activity in his accounts in the past six months.

Plaintiff must, within thirty days, **either** file an *in forma pauperis* application on the enclosed form with the information required by 28 U.S.C. § 1915(a)(2) **or** pay the full $350 filing fee. The Clerk will furnish Plaintiff with an *in forma pauperis* application along with a copy of this order. Failure of Plaintiff to comply within thirty days of the date of this order will result in summary dismissal of this case.

JJD

### STATEMENT (continued)

The Court reminds Plaintiff that before pursuing this action, Plaintiff may wish to perform some basic legal research. Plaintiff is advised that the statute of limitations for Section 1983 actions filed in Illinois is two years. *See* 735 ILCS § 5/13-202; *Henderson v. Bolanda*, 253 F.3d 928, 931 (7th Cir. 2001) (*citing Ashafa v. City of Chicago*, 146 F.3d 459, 462 (7th Cir. 1998)). Plaintiff is additionally warned that if a prisoner has had a total of three federal cases or appeals dismissed as frivolous, malicious, or failing to state a claim, he may not file suit in federal court without prepaying the filing fee unless he is in imminent danger of serious physical injury. 28 U.S.C. § 1915(g).

Finally, Plaintiff is reminded that he must provide the court with the original plus a judge's copy of every document filed.