## TRUST FUND ACCOUNT

08 C 3071

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date:   8/11/08

_Charles Smith_
Signature of Applicant

_Charles Smith_
(Print Name)

---

**NOTICE TO PRISONERS:**   A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period—and you must also have the Certificate below completed by an authorized officer at each institution.

**FILED**

AUG 1 8 2008 MD

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**CERTIFICATE**
**(Incarcerated applicants only)**
**(To be completed by the institution of incarceration)**

I certify that the applicant named herein, _Charles Smith_ , I.D.# _R59154_ , has the sum

of $_____ on account to his/her credit at (name of institution) _Vandalia Corr. Center_

I further certify that the applicant has the following securities to his/her credit:_____. I further

certify that during the past six months the applicant's average monthly deposit was $_____.

(Add all deposits from all sources and then divide by number of months).

_8/11/08_
DATE

_Melinda Winters_
SIGNATURE OF AUTHORIZED OFFICER

_Melinda Winters_
(Print name)

rev. 7/18/02

Date: 8/11/2008
Time: 7:39am

d_list_inmate_trans_statement_composite

# Vandalia Correctional Center
## Trust Fund
Inmate Transaction Statement

Page 1

REPORT CRITERIA - Date: 01/01/2008 thru End; Inmate: R59154; Active Status Only ? : No; Print Restrictions ? : Yes;
Transaction Type: All Transaction Types; Print Furloughs / Restitutions ? : Yes; Include Inmate Totals ? : Yes; Print
Balance Errors Only ? : No

**Inmate: R59154 Smith, Charles**  **Housing Unit: VAN-I -01-86**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 314.02 |
| 01/07/08 | Point of Sale | 60 Commissary | 007731 | 487832 | Commissary | -70.31 | 243.71 |
| 01/14/08 | Point of Sale | 60 Commissary | 014731 | 488684 | Commissary | -67.69 | 176.02 |
| 01/14/08 | Payroll | 20 Payroll Adjustment | 014163 | | P/R month of 12/2007 | 12.00 | 188.02 |
| 01/22/08 | Point of Sale | 60 Commissary | 022720 | 489975 | Commissary | -49.69 | 138.33 |
| 01/30/08 | Point of Sale | 60 Commissary | 030720 | 491149 | Commissary | -38.69 | 99.64 |
| 02/05/08 | Point of Sale | 60 Commissary | 036731 | 491741 | Commissary | -34.24 | 65.40 |
| 02/11/08 | Point of Sale | 60 Commissary | 042731 | 492507 | Commissary | -37.08 | 28.32 |
| 02/14/08 | Payroll | 20 Payroll Adjustment | 045163 | | P/R month of 01/2008 | 13.08 | 41.40 |
| 02/14/08 | Disbursements | 90 Medical Co-Pay | 045338 | Chk #31354 | 01312008, DOC: 523 Fund Inmate, Inv. Date: 01/31/2008 | -2.00 | 39.40 |
| 02/22/08 | Point of Sale | 60 Commissary | 053731 | 493993 | Commissary | -33.83 | 5.57 |
| 02/28/08 | Point of Sale | 60 Commissary | 059720 | 494921 | Commissary | -5.06 | .51 |
| 03/04/08 | Mail Room | 10 Western Union - Not Held | 064200 | 9910882741 | ESTELLE, LEA | 20.00 | 20.51 |
| 03/06/08 | Point of Sale | 60 Commissary | 066731 | 495971 | Commissary | -20.27 | .24 |
| 03/09/08 | Mail Room | 10 Western Union - Not Held | 069200 | 9672859084 | SMITH, LEA ESTELLE | 30.00 | 30.24 |
| 03/13/08 | Point of Sale | 60 Commissary | 073716 | 496814 | Commissary | -29.54 | .70 |
| 03/13/08 | Payroll | 20 Payroll Adjustment | 073163 | | P/R month of 02/2008 | 14.40 | 15.10 |
| 03/13/08 | Mail Room | 01 MO/Checks (Not Held) | 073282 | 1055938 | Cook County | 200.00 | 215.10 |
| 03/20/08 | Point of Sale | 60 Commissary | 080716 | 497965 | Commissary | -41.22 | 173.88 |
| 03/27/08 | Point of Sale | 60 Commissary | 087731 | 498942 | Commissary | -34.70 | 139.18 |
| 04/03/08 | Point of Sale | 60 Commissary | 094716 | 499776 | Commissary | -33.18 | 106.00 |
| 04/10/08 | Point of Sale | 60 Commissary | 101716 | 500736 | Commissary | -34.13 | 71.87 |
| 04/14/08 | Payroll | 20 Payroll Adjustment | 105163 | | P/R month of 03/2008 | 15.00 | 86.87 |
| 04/17/08 | Point of Sale | 60 Commissary | 108716 | 502031 | Commissary | -35.17 | 51.70 |
| 04/24/08 | Point of Sale | 60 Commissary | 115716 | 503027 | Commissary | -30.81 | 20.89 |
| 05/01/08 | Point of Sale | 60 Commissary | 122716 | 503768 | Commissary | -20.06 | .83 |
| 05/09/08 | Disbursements | 80 Postage | 130338 | Chk #32141 | 050708, Pitney Bowes Credit Co, Inv. Date: 05/07/2008 | -.41 | .42 |
| 05/09/08 | Disbursements | 80 Postage | 130338 | Chk #32141 | 050708, Pitney Bowes Credit Co, Inv. Date: 05/07/2008 | -.41 | .01 |
| 05/14/08 | Payroll | 20 Payroll Adjustment | 135163 | | P/R month of 04/2008 | 15.00 | 15.01 |
| 05/15/08 | Point of Sale | 60 Commissary | 136751 | 505909 | Commissary | -11.71 | 3.30 |
| 05/22/08 | Mail Room | 10 Western Union - Not Held | 143200 | 5461511768 | ESTELLE, LEA | 50.00 | 53.30 |
| 05/22/08 | Point of Sale | 60 Commissary | 143731 | 507152 | Commissary | -1.88 | 51.42 |
| 06/05/08 | Point of Sale | 60 Commissary | 157716 | 508249 | Commissary | -46.25 | 5.17 |
| 06/12/08 | Point of Sale | 60 Commissary | 164720 | 509140 | Commissary | -.27 | 4.90 |
| 06/12/08 | Payroll | 20 Payroll Adjustment | 164163 | | P/R month of 05/2008 | 15.00 | 19.90 |
| 06/13/08 | Disbursements | 84 Library | 165338 | Chk #32428 | 0606, DOC: 523 Fund Library, Inv. Date: 06/06/2008 | -1.50 | 18.40 |
| 06/13/08 | Disbursements | 84 Library | 165338 | Chk #32428 | 0522, DOC: 523 Fund Library, Inv. Date: 05/22/2008 | -1.00 | 17.40 |
| 06/13/08 | Disbursements | 80 Postage | 165338 | Chk #32433 | 060508, Pitney Bowes Credit Co, Inv. Date: 06/05/2008 | -1.00 | 16.40 |
| 06/13/08 | Disbursements | 80 Postage | 165338 | Chk #32433 | 060508, Pitney Bowes Credit Co, Inv. Date: 06/05/2008 | -1.17 | 15.23 |
| 06/19/08 | Point of Sale | 60 Commissary | 171781 | 510341 | Commissary | -14.54 | .69 |
| 06/21/08 | Mail Room | 10 Western Union - Not Held | 173200 | 3444222213 | ESTELLE, LEA | 40.00 | 40.69 |
| 06/26/08 | Point of Sale | 60 Commissary | 178716 | 511305 | Commissary | -36.58 | 4.11 |

**Date:** 8/11/2008
**Time:** 7:39am
d_list_inmate_trans_statement_composite

## Vandalia Correctional Center
## Trust Fund
Inmate Transaction Statement

REPORT CRITERIA - Date: 01/01/2008 thru End;   Inmate: R59154;   Active Status Only ? : No;   Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print
Balance Errors Only ? : No

**Inmate: R59154 Smith, Charles**                    **Housing Unit: VAN-I -01-86**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--------|---------|
| 06/30/08 | Disbursements | 80 Postage | 182338 | Chk #32640 | 063008, Pitney Bowes Credit Co, Inv. Date: 06/30/2008 | -.42 | 3.69 |
| 07/10/08 | Point of Sale | 60 Commissary | 192716 | 512504 | Commissary | -2.83 | .86 |
| 07/10/08 | Payroll | 20 Payroll Adjustment | 192163 | | P/R month of 06/2008 | 15.00 | 15.86 |
| 07/15/08 | Mail Room | 10 Western Union - Not Held | 197200 | 6644793205 | ESTELLE, LEA | 40.00 | 55.86 |
| 07/17/08 | Point of Sale | 60 Commissary | 199731 | 513726 | Commissary | -37.50 | 18.36 |
| 07/24/08 | Point of Sale | 60 Commissary | 206731 | 514830 | Commissary | -17.57 | .79 |
| 08/11/08 | Mail Room | 10 Western Union - Not Held | 224200 | 6993596881 | ESTELLE, LEA | 70.00 | 70.79 |

| | |
|---|---|
| **Total Inmate Funds:** | 70.79 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | .42 |
| **Funds Available:** | 70.37 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|--------------|----------------|------|-------------|--------|--------|
| 08/04/2008 | 080408 | Disb | Postage | 6981 Pitney Bowes Credit Corp | $0.42 |
| | | | | **Total Restrictions:** | $0.42 |