UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

MAY 28 2008
MAY 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MJC

Charles Smith

_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Cook County Jail
Tom Dart C/O's
on 7 to 3 Shift At
Cook County in Division
5. At 2600 So California
Chicago IL.

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

08CV3071
JUDGE ANDERSEN
MAG. JUDGE MASON

Case No:_____
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

____ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

✓ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

____ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

A. Name: Charles Smith

B. List all aliases: NONE

C. Prisoner identification number: R-59154

D. Place of present confinement: Vandalia Correctional Ctr.

E. Address: P.O. Box 500  62471

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Tom Dart

Title: Cook County Sheriff

Place of Employment: 2600 S. California

B. Defendant: Cook County Correctional officers

Title: 7 AM to 3 PM Shift officers Div 5

Place of Employment: 2600 So California

C. Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: **NA**

B. Approximate date of filing lawsuit: **NA**

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: **NA**

D. List all defendants:

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county):

F. Name of judge to whom case was assigned:

G. Basic claim made:

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

I. Approximate date of disposition:

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was a Pre trial detainee at 2600 So California in 5/03 where i was Subjected to a strip search and a x-ray search. During the strip search i was told by Cook County officers to bend over spread my buttocks and cough after taking off all my clothes. I was told to put all of my belongings on the yellow line after which i was told to pick my cloths up one piece at a time and get dressed. After that ordeal i was taken to a Holding cell.

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

In Compensatory Damages 20,000.00 dollars. In Punitive Damages 15,000.00 dollars. In Nominal Damages 200.00 dollars to be paid to each of the Plaintiffs.

VI. The plaintiff demands that the case be tried by a jury. ☐ YES   ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20____

*Charles Smith*
(Signature of plaintiff or plaintiffs)

Charles Smith
(Print name)

A59154
(I.D. Number)

PO Box 500
Vandalia IL 62471
(Address)

6

Revised 9/2007